FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 1 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CLAUDIA TINOCO | § | |
| | § | |
| V. | § | CASE NO. 4:05CV367 |
| | § | (Judge Brown/Judge Bush) |
| PAUL RALEEH, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On January 5, 2006, the Magistrate Judge entered his Report containing his proposed findings of fact and recommendation that Plaintiff's claim for "Retaliation Pursuant to § 1983 and the Fourteenth Amendment" be dismissed with prejudice and that Plaintiff's claim against Collin County for "National Origin/Race Discrimination in Violation of the Fourteenth Amendment" be dismissed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff's claim for "Retaliation Pursuant to § 1983 and the Fourteenth Amendment" is DISMISSED WITH PREJUDICE. It is further

**ORDERED** that Plaintiff's claim against Collin County for "National Origin/Race Discrimination in Violation of the Fourteenth Amendment" is DISMISSED.

Signed this 30 day of January 2006

PAUL BROWN
UNITED STATES DISTRICT JUDGE